UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cr-20261-ALTONAGA

UNITED STATES OF AMERICA

vs.

SERGE NKORINA,

    Defendant.
_____/

## VERDICT

1.    We, the Jury, unanimously find the Defendant, SERGE NKORINA, as to Count 1 of the Indictment:

    GUILTY: ✓        NOT GUILTY: _____

2.    We, the Jury, unanimously find the Defendant, SERGE NKORINA, as to Count 2 of the Indictment:

    GUILTY: ✓        NOT GUILTY: _____

SO SAY WE ALL

[signature redacted]        12/7/21
                                    Date